UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD PITTMAN,

        Plaintiff,         CIVIL ACTION NO. 07-14892
                                        HON. JOHN CORBETT O'MEARA

v.

KOLB, Officer, B. ALEXANDER,
Grievance Coordinator, J. SCIOTTI,
Deputy Warden,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE BINDER'S
REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Binder's Report and Recommendation, filed December 06, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court in its entirety.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: January 18, 2008

Certificate of Service

      I hereby certify that the foregoing order was served upon the parties of record on January 18, 2008, by electronic and/or U.S. mail.

                                                s/William Barkholz
                                                Case Manager